UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNA HOUCHINS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br><br>　　　　Defendant. | Case No. 2:25-cv-01371-NJK<br><br>**Order**<br><br>[Docket No. 11] |

Pending before the Court is an unopposed motion to extend time for Plaintiff to file her opening brief.  Docket No. 11.

Although Plaintiff has not demonstrated good cause for the extension sought, *see* Fed. R. Civ. P. 6(b)(1), in the interest of deciding the case on its merits, the Court **GRANTS** the instant motion and **EXTENDS** the deadline to file the Plaintiff's opening brief to November 26, 2025. The parties are **ORDERED** to comply with the Federal Rules of Civil Procedure and the local rules in all future filings with the Court.[1]

IT IS SO ORDERED.

Dated: November 12, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Plaintiff violated LR IA 10-1(a).  Any future filings that fail to comply with this or any other Local Rule will be stricken.

1